Mark Ogden; AZ Bar No. 017018
mogden@littler.com
Peter C. Prynkiewicz; AZ Bar No. 015256
pprynkiewicz@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, AZ  85016
Telephone:    602.474.3600
Facsimile:    602.957.1801

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Larissa Pixler, <br><br>        Plaintiff, <br><br> v. <br><br> State of Arizona, et al., <br><br>        Defendants. | Case No. <br><br> **NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1331 (FEDERAL QUESTION)** |

**TO:  CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA**

Defendants State of Arizona; Daniel Bergin, in his official capacity as the Director of the Arizona Department of Gaming; Chuck Stratton, the Assistant Director of Gaming Compliance, in his individual capacity, and Irene Stratton, husband and wife; Tim Jackson, the Deputy Director of the Arizona Department of Gaming, in his individual capacity, and Maureen T. Jackson, husband and wife; and Henry Darwin, the Chief Operating Officer for Governor Douglas A. Ducey, in his individual capacity, by and through their undersigned counsel, hereby remove this action from Maricopa County Superior Court, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, and Local Rule 3.7.  Defendants respectfully submit the following statement of grounds for removal on the basis of this Court's federal question jurisdiction.

1.      The First Amended Complaint claims violations of the Age Discrimination in Employment Act, 29 U.S.C. § 623, Title VII of the Civil Rights Act of 1964, 29 U.S.C. § 2000e and 42 U.S.C. § 1983.  Thus, the First Amended Complaint filed in Arizona state court invokes the jurisdiction of this Court pursuant to 28 U.S.C. § 1331.

2.      Simultaneous with the filing of this Notice of Removal, Defendants are having a copy hereof filed with the Clerk of the Superior Court in and for the County of Maricopa.

3.      All Defendants have consented to the removal of this action to Federal Court.

4.      This Court has original jurisdiction under 28 U.S.C. § 1331 because Plaintiff has alleged at least one federal question.  Specifically, Plaintiff's First Amended Complaint purports to state causes of action under Age Discrimination in Employment Act, 29 U.S.C. § 623, Title VII of the Civil Rights Act of 1964, 29 U.S.C § 2000e and 42 U.S.C. § 1983.  A First Amended Complaint that attempts to invoke the protection of federal law is sufficient on its face to create federal question jurisdiction.  *See* Burke v. Austin Independent School Dist., 709 F.Supp. 120 (W.D. Tex. 1987).  Federal court jurisdiction attaches even if the federal claim is without merit and is subsequently dismissed for failure to state a claim.  Burke, 709 F.Supp. at 122-25, n.1.  Accordingly, this matter is removable under 28 U.S.C. § 1441(b).

5.      To the extent the First Amended Complaint might be interpreted to include state law claims, such claims would necessarily be based on the same operative facts as Plaintiff's federal claims.  Therefore, this Court has supplemental jurisdiction over any state law claims arguably pled pursuant to 28 U.S.C. § 1367, and those claims properly are removable under 28 U.S.C. § 1441(c).

6.      A copy of this Notice has been served on all parties and was filed this date with the Clerk of Maricopa County Superior Court, State of Arizona.

7.      This Notice of Removal is timely under 28 U.S.C. § 1446(b).

8.      Attached to this Notice are all pleadings filed in this case in state court. See **Exhibit 1.**

9.      The Notice to State Court of Removal of Civil Action to Federal Court was

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

filed in state court and served simultaneously herewith, in accordance with 28 U.S.C. § 1446(d) and Local Civil Rule 3.6(a), and a copy is attached as **Exhibit 2**.

DATED this 25th day of September, 2018.

/s/ Mark Ogden
Mark Ogden
Peter C. Prynkiewicz
LITTLER MENDELSON, P.C.
Attorneys for Defendants
State of Arizona, et al.

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 25th day of September, 2018, to:

Nicholas J. Enoch
Kaitlyn A. Redfield-Ortiz
Stanley Lubin
LUBIN & ENOCH, P.C.
349 North 4th Avenue
Phoenix, AZ 85003
Attorneys for Plaintiff

/s/ Tisha A. Davis

Firmwide:155734353.1 038059.1033

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

-3-